# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MILTON L. LOWERY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. |
| | )   07-00774-BH-B |
| TRANS UNION, LLC and | ) |
| J. P. MORGAN CHASE & CO., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Pursuant to the stipulation for dismissal (Doc. 20) filed this day, it is **ORDERED** that this action be and is hereby **DISMISSED with prejudice**, each party to bear its own costs.

**DONE** this 11th day of March, 2008.

                                                                s/ W. B. Hand
                                                  SENIOR DISTRICT JUDGE